IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R. TODD NEILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV392 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE MCGUIRE, UNION BANK OF CALIFORNIA, and DOES 1-30, | ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that this case is assigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 24th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge