# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R. TODD NEILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV392 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOANNE MCGUIRE, UNION BANK | ) | |
| OF CALIFORNIA, AND DOES 1-30, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Joanne McGuire's motion for a hearing and objection to garnishment (Filing No. 5).  Upon consideration,

**IT IS ORDERED:**

The motion is scheduled for hearing and oral argument before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on Tuesday, November 22, 2005 at 10:30 a.m.**  The plaintiff/garnishor shall file its response to the motion **on or before November 18, 2005.**

DATED this 10th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge