IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R. TODD NEILSON, **Trustee of the Chapter 11 Bankruptcy Estate of Reed E. Slatkin,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV392 |
| vs. | ) ) | ORDER |
| JOANNE MCGUIRE, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of the defendant, Joe Ann McGuire,[1] to supplement the record. During the hearing held on November 22, 2005, Ms. McGuire sought leave to supplement the record by providing the court with additional documents in support of her objection to garnishment (Filing No. 5). The court has now received the supplemental document, containing four pages, and will mark the document as hearing Exhibit 103. Upon consideration,

**IT IS ORDERED:**

1. The oral motion of the defendant, Joe Ann McGuire, to supplement the record is granted.

2. The Clerk of Court shall mark the document as Exhibit 103 and add it to the other hearing exhibits.

DATED this 29th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] The defendant's name is spelled incorrectly in the caption due to the spelling in the complaint. However, the court will refer to her with the correct spelling of her name.