IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R. TODD NEILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV392 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE MCGUIRE, UNION BANK OF CALIFORNIA, and DOES 1-30, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that defendant Joe Ann McGuire's motion to submit additional supporting documents and to seal is granted. Filing No. 17 is ordered sealed.

DATED this 19th day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE